AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| John Doe | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 4:21-cv-00658-O |
| | ) |
| Frank Filipetto, et al | ) |
| *Defendant* | ) |

## Summons in a Civil Action

**TO:** Emily Mire, in both her official capacity and her individual/personal capacity, Executive Director Student & Academic Success for UNTHSC Division of Student & Athletic Affairs Executive Team, University of North Texas Health Science Center, 3500 Camp Bowie Blvd. EAD-840, Fort Worth, Texas 76107.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

Gaines West
1515 Emerald Plaza
College Station , TX 77845-1515

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

DATE: 07/15/2021

*Signature of Clerk or Deputy Clerk*

Civil Action No. 4:21-cv-00658-O

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for EMILY MIRE, IN BOTH HER OFFICIAL CAPACITY AND HER INDIVIDUAL/PERSONAL CAPACITY was received by me on *(date)* August 12, 2021, 8:30 AM.

- [X] I personally served the summons on the individual at 3500 CAMP BOWIE BLVD EAD-840, FORT WORTH, TX 76107 on Monday, August 16, 2021 ; or

- [ ] I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

- [ ] I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

- [ ] I returned the summons unexecuted because: _____ ; or

- [ ] Other: _____ ; or

My fees are $ -- for travel and $ -- for services, for a total of $ --.

I declare under penalty of perjury that this information is true.

Date: 08/16/2021

*Server's signature*

STEELE SHEPHERD, Certified Process Server
PSC# 12714
EXP: 03-30-2022

*Printed name and title*

1910 Pacific Avenue Suite 9100, Dallas, TX 75201

*Server's address*

Additional information regarding attempted service, etc.:
**1) Successful Attempt: August 16, 2021, 2:59 PM CST at 3500 CAMP BOWIE BLVD EAD-840, FORT WORTH, TX 76107:**
Received by **EMILY MIRE**.
Age: 39; Ethnicity: Caucasian; Gender: Female; Weight: 165; Height: 5'6"; Hair: Black; Eyes: Brown; Other: Executive Director, Student & Academic Success