AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| John Doe | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 4:21-cv-00658-O |
| | ) |
| Frank Filipetto, et al | ) |
| *Defendant* | ) |

## Summons in a Civil Action

**TO:** Thomas Moorman, in both his official capacity and his individual/personal capacity, University of North Texas Health Science Center, 3500 Camp Bowie Blvd. EAD-840, Fort Worth, Texas 76107, or wherever he may be found.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

Gaines West
1515 Emerald Plaza
College Station , TX 77845-1515

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

DATE: 07/15/2021

*Signature of Clerk or Deputy Clerk*

Case 4:21-cv-00658-O   Document 10   Filed 08/20/21   Page 2 of 2   PageID 45
Case 4:21-cv-00658-O   Document 7   Filed 09/15/21   Page 6 of 8   PageID 37

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 4:21-cv-00658-O

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Thomas Moorman**
was received by me on *(date)* **8/13/2021 @ 10:04 am**

☑ I personally served the summons on the individual at *(place)* **13725 Green Elm Rd Aledo, Texas 76008** on *(date)* **8/16/2021 @ 7:35 AM**; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ other *(specify)* _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: **8/16/2021**

STATE OF **Texas**
COUNTY OF **Parker**

Sworn to (or affirmed) and subscribed before me this **16** day of **Aug**, 20**21**, by **Anita G. Elliston**

Notary Public's Signature: [signed]
Notary Name: **Joseph G. Lopez Jr**
My Commission Expires on **1-28-2023**

Server's signature: *Anita G. Elliston*

Printed name and title: **Anita G. Elliston**

Server's address: **P.O. Box 1115, Weatherford, Texas 76086**

PSC: 11179 Exp 10/31/2021

Additional information regarding attempted service, etc:

JOSEPH G. LOPEZ JR
Notary Public, State of Texas
Comm. Expires 01-28-2023
Notary ID 131870661